**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **ARTHUR RYAN AUST,** | ) | Civil Action No. 7:18-cv-00074 |
| **Plaintiff,** | ) | |
| | ) | **MEMORANDUM OPINION** |
| **v.** | ) | |
| | ) | **By:  Norman K. Moon** |
| **MEDIKO,** | ) | **United States District Judge** |
| **Defendant(s).** | ) | |

Arthur Ryan Aust, proceeding *pro se*, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983.  By Order entered February 16, 2018, this Court directed Plaintiff to submit an inmate account form and a certified copy of Plaintiff's trust fund account statement for the months of December 2017 and January 2018 (obtained from the appropriate prison official of each prison at which Plaintiff is or was confined during those months). These forms were to be submitted within 20 days from the issuance of the Order.  Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and Plaintiff has failed to comply with the described conditions.  Accordingly, the Court dismisses the action without prejudice and strikes the case from the active docket of the court.  Plaintiff may re-file the claims in a separate action once Plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This ___15th___ day of March, 2018.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE